People of State of Illinois, Plaintiff-Defendant in Error, v. Roy W. McConnell, Defendant-Plaintiff in Error.

Gen. No. 10,059.

Third District.
October 16, 1956.
Released for publication November 1, 1956.

Francis R. Wiley, and Armin C. Baer, for plaintiff in error; Harrison J. McCown, State's Attorney, Douglas county, for defendant in error. Opinion by JUDGE ROETH. Not to be published in full.